# United States Court of Appeals
## For the First Circuit

No. 08-1604

CARLOS EDUARDO RIVAS-MIRA,

Petitioner,

v.

ERIC H. HOLDER, JR.,[1] ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on February 11, 2009 is corrected as follows:

On the cover sheet, change "Willilam P. Joyce" to "William P. Joyce"

---

[1]Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Eric H. Holder, Jr. has been substituted for former Attorney General Michael B. Mukasey as respondent.